USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

JASPER WALTER JONES
#07A1667  G-2-33
GOUVENEUR CORRECTIONAL FACILITY
870 scotch settlement road
GOUVENEUR, NEW YORK 13642

MEMO ENDORSED
07-cv-3019 (cm)

Pro Se OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK
    10007

10/29/07

*The court will not grant default judgment to plaintiff. There has been no default by defendant.* /s/ Colleen McMahon USDJ

Dear Sir:

I am in receipt of the respondants papers sumitted by the attorney for the defendnats Ms. J.Yozzo and Warden Anthony Amiccuci of The Westchester County Department of Corrections.

My question to the Pro-Se Office of the Southern District of the State of New york, is That the Por-Se Office went through the time and expense to provide me with all of the necessary copies to be served on the defendants and the Court.

The Court was kind enought to permit a extended time for the defendants and their attorneys to respond.

This response was late in being received as it is dated on the date of the return.

Additionally the response is defective in that omitted from the response are pages 2,4,6,8, 10, &12 of the plaintiff's claim. The omission of these pages renders the claim moot in the respect that very important informations have been left out.

Therefore I am requesting that the Court grant the plaintiff a Default Judgement, and not permit the attorneys for the defendants any continued extensions or refiling of the applications.

At the time of my original filing of the complaint I was in the custody of the defendants and was only seeking to have the

surgery performed.

The defendant used all of their influence to have the plaintiff removed from their custody and into the custody of The Department of Corrections of The State of New York, to avoid having to pay for the recommended surgical procedure.

Since the plaintiffs transfer into the State system the operation has been performed, and the plaintiff request compensation for the unnessary pain suffering and anguish caused him by the delay and the deliberate indifference of the defendants.

The plaintiff is seeking relief in the amount of $50,000.00 dollars for the forementioned sufferings.

Thank You

*Jasper W. Jones*
Jasper Walter Jones

Return Address:
Jasper Walter Jones
#07A1667  G-2-33
GOUVENEUR CORRECTIONAL FACILITY
370 SCOTCH SETTLEMENT ROAD
GOUVENEUR, NEW YORK  13642

P.S. I am in the mailing process of my Motion For a Default Judgement and Response pleading to the County Attorneys Motion to Dismiss